| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C. | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. | Trustee | Trustee Account #1 |
| 3. | Member of the Board of Advisors | Penn State University Dickinson School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | The Pennsylvania State University - teaching at law school | $24,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pennsylvania State Employees Credit Union | Mortgage equity loan on Rental Property, Mechanicsburg, PA (Part VII. Line 5) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank, NA cash accounts (Y) | | | | | | | | | |
| 2. FNB cash accounts (formerly named Metro Bank) | A | Interest | J | T | | | | | |
| 3. PNM Resources Inc. common stock (Y) | | | | | | | | | |
| 4. Conseco Life Insurance Co. - flex prem life ins policy (Y) | | | | | | | | | |
| 5. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 6. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |
| 7. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | J | T | Distributed (part) | 02/04/15 | J | A | |
| 8. | | | | | Distributed (part) | 12/03/15 | J | A | |
| 9. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 10. - FA 529 Diversified International Portfolio Class A | | None | K | T | | | | | |
| 11. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | K | T | | | | | |
| 12. - FA 529 Small Cap Portfolio Class A | | None | K | T | Distributed (part) | 11/25/15 | J | A | |
| 13. - FA 529 Dividend Growth Portfolio Class A | | None | K | T | | | | | |
| 14. - FA 529 High Income Portfolio Class A | | None | J | T | Distributed (part) | 02/24/15 | J | A | |
| 15. | | | | | Distributed (part) | 07/31/15 | J | A | |
| 16. - FA 529 Limited Term Bond Portfolio Cl A (formerly Intermediate Bond) | | None | J | T | | | | | |
| 17. TRUSTEE ACCOUNT #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Schwab One money market account | A | Interest | K | T | | | | | |
| 19.  - Loomis Sayles Bond Fund Class R | B | Dividend | K | T | Sold (part) | 06/11/15 | J | A | |
| 20.  - Pimco Income Fund Class D | B | Dividend | K | T | Sold (part) | 06/11/15 | J | B | |
| 21.  - T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 22.  - BBH Core Select Fund Class N | B | Dividend | K | T | | | | | |
| 23.  - Vanguard Dividend Growth Fund Investor shares | B | Dividend | K | T | Sold (part) | 03/16/15 | J | B | |
| 24.  - Powershares S&P ETF 500 Low Volatility | A | Dividend | J | T | Sold (part) | 03/16/15 | J | B | |
| 25.  - Matthews Asia Dividend Fund | A | Dividend | | | Sold | 08/31/15 | J | A | |
| 26.  - Vanguard Selected Value Fund | A | Dividend | J | T | | | | | |
| 27.  - WisdomTree Europe Hedged Equity ETF | B | Dividend | K | T | Buy (add'l) | 03/16/15 | J | | |
| 28. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 29.  - WisdomTree Japan Hedged Equity Fund | A | Dividend | J | T | Buy (add'l) | 03/16/15 | J | | |
| 30.  - Schwab Health Care Fund | C | Dividend | K | T | | | | | |
| 31.  - Ishares ETF Short Maturity Bond | A | Dividend | J | T | | | | | |
| 32.  - Glenmede Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 33.  - SPDR S&P Dividend ETF | | None | | | Sold | 03/09/15 | J | | |
| 34.  - Ishares US Preferred Stock ETF | A | Dividend | | | Sold | 06/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Proshares UltraShort Euro ETF | | None | J | T | | | | | |
| 36. - WisdomTree Trust Germany Hedged Equity Fund | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 37. - Matthews Asian Growth & Income Fund | A | Dividend | | | Buy | 05/20/15 | J | | |
| 38. | | | | | Sold | 08/31/15 | J | | |
| 39. - Berkshire Hathaway Class B common stock | | None | J | T | Buy | 08/20/15 | J | | |
| 40. - Sector SPDR Fund Consumer Discretionary Select ETF | A | Dividend | K | T | Buy | 08/31/15 | K | | |
| 41. - Powershares DWA Momentum ETF | A | Dividend | J | T | Buy | 11/19/15 | J | | |
| 42. CHARLES SCHWAB IRA #1 (H) | | | | | | | | | |
| 43. - Charles Schwab money market account | A | Interest | J | T | | | | | |
| 44. - Charles Schwab Bank insured deposit account | A | Interest | M | T | | | | | |
| 45. - Templeton Global Bond Fund | A | Dividend | | | Sold (part) | 01/20/15 | J | | |
| 46. | | | | | Sold | 04/29/15 | J | | |
| 47. - PPL Corporation common stock | B | Dividend | K | T | | | | | |
| 48. - Sector SPDR Financial Select Shares of Beneficial Interest | A | Dividend | K | T | Buy (add'l) | 04/29/15 | J | | |
| 49. - IShares TR TIPS Bond ETF | A | Dividend | K | T | | | | | |
| 50. - T Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | Sold (part) | 06/11/15 | J | C | |
| 51. - Vanguard Short Term Corporate Bond Index ETF | B | Dividend | K | T | Sold (part) | 12/14/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Metropolitan West Total Return Bond M | A | Dividend | | | Sold | 06/11/15 | K | A | |
| 53. - Vanguard Dividend Growth Fund Investor Shares | B | Dividend | K | T | Sold (part) | 03/16/15 | J | B | |
| 54. | | | | | Sold (part) | 06/11/15 | J | B | |
| 55. - Powershares S&P ETF 500 Low Volatility | A | Dividend | K | T | | | | | |
| 56. - Vanguard Selected Value Fund | B | Dividend | K | T | | | | | |
| 57. - SPDR S&P Midcap 400 ETF | A | Dividend | K | T | Buy (add'l) | 03/16/15 | J | | |
| 58. - Matthews Asia Dividend Fund | A | Dividend | | | Sold | 08/31/15 | K | | |
| 59. - WisdomTree Europe Hedged Equity ETF | B | Dividend | K | T | Buy (add'l) | 04/29/15 | J | | |
| 60. - WisdomTree Japan Hedged Equity Fund | A | Dividend | K | T | Buy (add'l) | 11/19/15 | J | | |
| 61. - Schwab Health Care Fund | C | Dividend | K | T | | | | | |
| 62. - Ishares ETF Short Maturity Bond: Near | A | Dividend | K | T | | | | | |
| 63. - Proshares UltraShort Euro ETF | | None | | | Sold | 01/21/15 | J | B | |
| 64. - Consumer Discretionary Select Sector SPDR ETF | A | Dividend | K | T | Buy (add'l) | 03/16/15 | J | | |
| 65. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 66. - Sector SPDR Tech Select Shares of Beneficial Interest | A | Dividend | J | T | | | | | |
| 67. - Glenmede Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 68. - Ishares US Preferred ETF US Pfd Stock | A | Dividend | | | Sold | 03/16/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SPDR S&P Dividend ETF | A | Dividend | | | Sold | 04/29/15 | K | | |
| 70. - Ishares Select Dividend ETF | A | Dividend | | | Sold | 06/22/15 | K | | |
| 71. - Powershares QQQ Trust Series 1 | A | Dividend | K | T | Buy | 03/16/15 | J | | |
| 72. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 73. - Sector SPDR Energy Select Shares of Beneficial Interest | A | Dividend | | | Buy | 03/16/15 | J | | |
| 74. | | | | | Sold | 07/27/15 | J | | |
| 75. - Davenport Equity Opportunity Fund | A | Dividend | | | Buy | 04/29/15 | K | | |
| 76. | | | | | Sold | 11/19/15 | K | | |
| 77. - Matthews Asian Growth & Income Fund | A | Dividend | | | Buy | 05/20/15 | J | | |
| 78. | | | | | Sold | 08/31/15 | J | | |
| 79. - Guggenheim S&P 500 Equal Weight HC ETF | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 80. - Purefunds ISE Cyber Security ETF | | None | J | T | Buy | 04/29/15 | J | | |
| 81. - Talen Energy Corporation common stock | | None | J | T | Spinoff (from line 47) | 06/01/15 | J | | |
| 82. - Berkshire Hathaway Class B common stock | | None | J | T | Buy | 08/20/15 | K | | |
| 83. - Ishares U.S. Medical Devices ETF | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 84. - Ishares S&P Small-Cap 600 Growth ETF | A | Dividend | K | T | Buy | 11/19/15 | J | | |
| 85. | | | | | Buy (add'l) | 12/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ishares U.S. Aerospace Defense ETF | A | Dividend | K | T | Buy | 11/19/15 | K | | |
| 87. - Powershares DWA Momentum ETF | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 88. GE Capital Bank, certificate of deposit | A | Interest | | | Matured | 08/21/15 | K | | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATIO

Part VII, Line 28;  Name has changed from WisdomT
Part VII, Line 36;  Name has changed from Proshares
Part VII, Line 60;  Name has changed from WisdomT
Part VII, Line 64;  Name changed from Proshares Ult
Part VII, Line 65;  Name has changed from Sector SP

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher C. Conner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544